IN THE COUNTY COURT OF THE TWELFTH JUDICIAL
CIRCUIT IN AND FOR MANATEE COUNTY, FLORIDA

**KELLIE HOLCOMB,**

        Plaintiff,                                           Case No.:

vs.

**TRANS UNION LLC,**
**EQUIFAX INFORMATION SERVICES, LLC,**
**and EXPERIAN INFORMATION SOLUTIONS, INC.**
        Defendants.
_____/

## COMPLAINT

COMES NOW Plaintiff, Kellie Holcomb, individually, by and through the undersigned counsel, and sues Defendants, Trans Union LLC; Equifax Information Services, LLC; and Experian Information Solutions, Inc.; and states as follows:

### JURISDICTION AND VENUE

1. This matter is a civil action for damages more than $8,000 but less than $50,000.00, exclusive of costs, interest, and attorneys' fees, arising out of violations under 15 U.S.C. § 1681 (2018) known as the Fair Credit Reporting Act (Hereinafter as the "FCRA"), negligence, and defamation.

2. Plaintiff, Kellie Holcomb, (Hereinafter referred to as "Plaintiff"), currently resides in Manatee County, Florida.

3. Defendant, Trans Union LLC (Hereinafter referred to as "Trans Union") is a corporation organized and existing under the laws of the State of Illinois which transacts business in Florida. Trans Union transacts business throughout the State of Florida.

4. Defendant, Equifax Information Services, LLC (Hereinafter referred to as "Equifax") is a corporation organized and existing under the laws of the State of Georgia which transacts business in Florida. Equifax transacts business throughout the State of Florida.

5. Defendant, Experian Information Solutions, Inc. (Hereinafter referred to as "Experian") is a corporation organized and existing under the laws of the State of California which transacts business in Florida. Experian transacts business throughout the State of Florida.

6. At all times material to this Complaint, Defendants were doing business in the state of Florida.

7. At all times material to this Complaint, Plaintiff has resided in Manatee County, Florida.

8. All conditions precedent for the filing of this Complaint have been performed, waived, or otherwise satisfied.

## GENERAL ALLEGATIONS

9. Notice was sent by Plaintiff through undersigned counsel that she was disputing the accuracy of an account with Verizon Wireless (the "Verizon Account") being reported as a "Collection" for the month of March 2022. Plaintiff has repeatedly contacted Verizon Wireless disputing the "Collection" status of the account, yet they have been unable to validate the information being reported.

10. Plaintiff through undersigned counsel sent a dispute letter to each of the Defendants on October 18, 2023 (See attached "Dispute Letters" as **Exhibit "1"**), which explained the inaccurate reporting by the Defendants, showing the account as a collection when it was not. The Dispute Letters were sent via USPS Certified Mail, confirmed delivery for Equifax was on October 28, 2023, Experian was on October 21, 2023, and Trans Union was on October 21, 2023.

11. Since sending the Dispute Letters Plaintiff has never received an explanation of the results of the investigations by the Defendants.

12. Plaintiff has not received an explanation, documentation, nor any other evidence from the Defendants to show what proof was used to verify the accuracy of the reporting of the "Collection" status in question on their individual credit reports.

## COUNT I – Violations of the FCRA

13. Plaintiff realleges and restates her prior allegations in Paragraphs 1 through 12, above, as if fully set forth herein.

14. Defendants have a duty to investigate Plaintiff's dispute of inaccurate information being reported on her credit reports.

15. Defendants have a duty to furnish accurate credit information on their consumer credit reports pursuant to the FCRA.

16. Defendants were notified of their inaccurate credit reporting, and they continue to publish the inaccurate information despite their knowledge of the same.

17. Defendants have failed to send verifying information as to why they are reporting the "Collection" status.

18. Due to the Defendants' willful and negligent noncompliance with the requirements imposed under the FCRA by continuing to report the "Collection" status listed on their credit reports, Plaintiff's credit rating to potential lenders has been negatively impacted, which has inhibited her ability to obtain credit, to receive just and proper interest rates, and closure of open credit accounts, which has resulted in severe financial harm.

## COUNT II – NEGLIGENCE

19. Plaintiff realleges and restates her prior allegations in Paragraphs 1 through 18, above, as if fully set forth herein.

20. Defendants have a duty to furnish accurate credit information on their consumer credit reports.

21. Defendants were notified of their inaccurate credit reporting, and they continue to publish the inaccurate information in spite of their knowledge of the same.

22. Defendants have failed to send verifying information as to why they are reporting the "Collection" status.

23. Defendants' inaccurate reporting has led to a negative impact to Plaintiff's credit rating to potential lenders which has inhibited her ability to obtain credit, to receive just and proper interest rates, and closure of open credit accounts, which has resulted in severe financial damage.

## COUNT III – DEFAMATION

24. Plaintiff realleges and restates her prior allegations in Paragraphs 1 through 23 above, as if fully set forth herein.

25. After multiple notices of the inaccurate reporting of the "Collection" status currently being reported on Plaintiff's credit reports, Defendants have acted negligently by continuing to report the "Collection" status in question.

26. Defendants' inaccurate reporting has led to a negative impact on Plaintiff's credit rating to potential lenders which has inhibited her ability to obtain credit, to receive just and proper interest rates, and closure of open credit accounts, which has resulted in severe financial harm.

**WHEREFORE**, Plaintiff respectfully demands judgment in her favor and against Defendants for any and all damages sustained by Plaintiff, as a result of Defendants' violations under the FCRA, negligence, and defamation, including but not limited to:

(1) Statutory damages pursuant to FCRA § 616, which includes damages up to $1,000.00 and reasonable attorney's fees for willful noncompliance;

(2) Statutory damages pursuant to FCRA § 617, which includes actual damages sustained by the said Plaintiff and reasonable attorney's fees for negligent noncompliance;

(3) damages from the negligent actions of the Defendants resulting in a negative effect on Plaintiff's credit rating and for her time, effort, and costs attempting to resolve this matter prior to a lawsuit;

(4) an order for Defendants to furnish accurate information on their credit reports by removing or deleting the "Collection" status currently listed on their credit reports;

(3) an award of Plaintiff's costs and expenses;

(4) attorneys' fees;

(5) compensatory damages, and;

(6) any additional relief which this Court deems just and proper.

## JURY TRIAL DEMAND

Defendant hereby demands a trial by jury as to all issues and matters so triable as a matter of right.

Respectfully Submitted,

ADAMS SANDLER LAW GROUP

/s/ *Matthew Adams*
MATTHEW ADAMS, ESQ.
Florida Bar No. 109633
37 N. Orange Ave, Ste. 500
Orlando, FL 32801
Telephone: (407) 926-4144
Email: mattadams@AdamsSandlerLaw.com

# Exhibit 1
Dispute Letters to
Trans Union, Experian, and Equifax
dated October 18, 2023



# ADAMS SANDLER

**October 18, 2023**

<u>Via US Certified Mail</u>:

Transunion
Attn: Legal Department
PO Box 2000
Chester, PA 19016

        RE:  Kellie Holcomb
             Social Security No.:
             Account: Verizon Wireless Services, LLC
             Reporting as: "Collection" for March 2022
             Acc. No.(s): 625203XXXXXXXX

## NOTICE OF INACCURATE CREDIT REPORTING AND DEMAND FOR REQUEST FOR REMOVAL OF ACCOUNT OR UPDATE

To whom it may concern:

       I have been retained to represent Kellie Holcomb in the above-referenced matter. I am sending this letter to you in response to a credit report obtained by my client, where your company has reported the above referenced account as in a "Collection" status for the month of March of 2022.

       This notice is being sent pursuant to the Fair Credit Reporting Act, § 609 [15 U.S.C. § 1681g] and § 611 [15 U.S.C. § 1681i] that my client is disputing the accuracy of the account referenced above. My client has no knowledge of the account as reported and believes that it may have been opened fraudulently in their name and is therefore requesting validation of this account. Please send any and all documents and correspondence relating to this account, including but not limited to, the alleged agreement showing my client's obligation under this account including signatures or other alleged electronic acceptance, if applicable, and the accounting of the current balance alleged to our office within thirty (30) days from receipt of this letter. If after your reasonable investigation your company cannot validate this account and show that my client has an obligation under this account, we are demanding that your company delete the account from their consumer report.

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM


### ADAMS SANDLER
LAW GROUP

If your company does not offer evidence to show proof of the validity of the debt to us within thirty (30) days of receipt of this letter, then my client has instructed my firm to file a lawsuit against your company for your willful and negligent noncompliance pursuant to FCRA §616(a); §617(a), which brings an award for damages in the form of a statutory fine along with reasonable attorney's fees, and also punitive damages may be awarded, along with any other remedies available under the law.

Please contact my office within ten (10) days of receipt of this letter to notify us of your intentions or if you would like to discuss the matter further.

Sincerely,

*/s/Matthew Adams*

Matthew Adams, Esq.
FL Bar No.: 109633

Enclosed:   Authorization for Representation



**October 18, 2023**

<u>Via US Certified Mail:</u>

Experian
Attn: Legal Department
PO Box 4500
Allen, TX 75013

> RE: Kellie Holcomb
> Social Security No.:
> Account: Verizon Wireless Services, LLC
> Reporting as: "Collection" for March 2022
> Acc. No.(s): 625203XXXXXXXX

## NOTICE OF INACCURATE CREDIT REPORTING AND DEMAND FOR REQUEST FOR REMOVAL OF ACCOUNT OR UPDATE

To whom it may concern:

    I have been retained to represent Kellie Holcomb in the above-referenced matter. I am sending this letter to you in response to a credit report obtained by my client, where your company has reported the above referenced account as in a "Collection" status for the month of March of 2022.

    This notice is being sent pursuant to the Fair Credit Reporting Act, § 609 [15 U.S.C. § 1681g] and § 611 [15 U.S.C. § 1681i] that my client is disputing the accuracy of the account referenced above. My client has no knowledge of the account as reported and believes that it may have been opened fraudulently in their name and is therefore requesting validation of this account. Please send any and all documents and correspondence relating to this account, including but not limited to, the alleged agreement showing my client's obligation under this account including signatures or other alleged electronic acceptance, if applicable, and the accounting of the current balance alleged to our office within thirty (30) days from receipt of this letter. If after your reasonable investigation your company cannot validate this account and show that



## ADAMS SANDLER

my client has an obligation under this account, we are demanding that your company delete the account from their consumer report.

If your company does not offer evidence to show proof of the validity of the debt to us within thirty (30) days of receipt of this letter, then my client has instructed my firm to file a lawsuit against your company for your willful and negligent noncompliance pursuant to FCRA §616(a); §617(a), which brings an award for damages in the form of a statutory fine along with reasonable attorney's fees, and also punitive damages may be awarded, along with any other remedies available under the law.

Please contact my office within ten (10) days of receipt of this letter to notify us of your intentions or if you would like to discuss the matter further.

Sincerely,

/s/*Matthew Adams*

Matthew Adams, Esq.
FL Bar No.: 109633

Enclosed: Authorization for Representation

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



# § ADAMS SANDLER

**October 18, 2023**

<u>Via US Certified Mail:</u>

Equifax
Attn: Legal Department
PO Box 740256
Atlanta, GA. 30374

        RE: Kellie Holcomb
        Social Security No.:
        Account: Verizon Wireless Services, LLC
        Reporting as: "Collection" for March 2022
        Acc. No.(s): 625203XXXXXXXX

## NOTICE OF INACCURATE CREDIT REPORTING AND DEMAND FOR REQUEST FOR REMOVAL OF ACCOUNT OR UPDATE

To whom it may concern:

    I have been retained to represent Kellie Holcomb in the above-referenced matter. I am sending this letter to you in response to a credit report obtained by my client, where your company has reported the above referenced account as in a "Collection" status for the month of March of 2022.

    This notice is being sent pursuant to the Fair Credit Reporting Act, § 609 [15 U.S.C. § 1681g] and § 611 [15 U.S.C. § 1681i] that my client is disputing the accuracy of the account referenced above. My client has no knowledge of the account as reported and believes that it may have been opened fraudulently in their name and is therefore requesting validation of this account. Please send any and all documents and correspondence relating to this account, including but not limited to, the alleged agreement showing my client's obligation under this account including signatures or other alleged electronic acceptance, if applicable, and the accounting of the current balance alleged to our office within thirty (30) days from receipt of this letter. If after your reasonable investigation your company cannot validate this account and show that

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM



# ADAMS SANDLER
LAW GROUP

my client has an obligation under this account, we are demanding that your company delete the account from their consumer report.

If your company does not offer evidence to show proof of the validity of the debt to us within thirty (30) days of receipt of this letter, then my client has instructed my firm to file a lawsuit against your company for your willful and negligent noncompliance pursuant to FCRA §616(a); §617(a), which brings an award for damages in the form of a statutory fine along with reasonable attorney's fees, and also punitive damages may be awarded, along with any other remedies available under the law.

Please contact my office within ten (10) days of receipt of this letter to notify us of your intentions or if you would like to discuss the matter further.

Sincerely,

/s/ Matthew Adams

Matthew Adams, Esq.
FL Bar No.: 109633

Enclosed:   Authorization for Representation

WWW.ADAMSSANDLERLAW.COM
1111 3RD AVE WEST, SUITE 303, BRADENTON, FL 34205 | (407) 926-4144
INFO@ADAMSSANDLERLAW.COM